UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAN YEFREMOV,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　Respondent. | CASE NO. C20-61-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

On November 20, 2019, Yan Yefremov, a detainee at the Northwest ICE Processing Center[1] in Tacoma, Washington, filed a 28 U.S.C. § 2241 habeas petition against the ICE Field Office Director. The petition was filed as Case No. C19-1895-RAJ-MAT. The Honorable Mary Alice Theiler has directed that the habeas petition be served on the respondent, and the respondent's return memorandum is due on or about January 30, 2020.

On January 14, 2020, Mr. Yefremov filed an identical petition in this case, Case No. C-20-61-RSM-BAT. Because this action is duplicative of Case No. C19-1895-RAJ-MAT, the Court recommends that this action be DISMISSED without prejudice. Petitioner's claims will be addressed by the Court in Case No. C19-1895-RAJ-MAT.

A proposed order accompanies this Report and Recommendation.

---

[1] The Northwest ICE Processing Center was previously known as the Northwest Detention Center.

REPORT AND RECOMMENDATION - 1

1    This Report and Recommendation is not an appealable order. Therefore a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case. Objections, however, may be filed and served upon all parties no later than **February 12, 2020.** The Clerk should note the matter for **February 14, 2020**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. Objections and responses shall not exceed five pages. The failure to timely object may affect the right to appeal.

   DATED this 21st day of January, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2