UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YAN YEFREMOV,

        Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

        Respondent.

CASE NO. C20-061-RSM

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation, Dkt. #4.

(2) This action is DISMISSED WITHOUT PREJUDICE.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 25 day of February, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1